# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KEVIN VERT,**<br><br>Plaintiff,<br><br>v.<br><br>**SANAZ DERAKHSHANI JAN, and SEYED ALIREZA AMIDI NAMIN,**<br><br>Defendants. | **ORDER REMANDING ACTION TO STATE COURT**<br><br>2:25-cv-555-DAK-DAO<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Kevin Vert filed the Complaint in this action alleging unlawful detainer in the Riverside County Superior Court of California. Defendants Sanaz Derakhshani Jan and Seyed Alireza Amidi Namin purported to remove the action to the United States District Court for the District of Utah.

"Federal courts are courts of limited jurisdiction, possessing only that power authorized by the Constitution and statute." *Gunn v. Minton*, 568 U.S. 251, 256 (2013). Under 28 U.S.C. § 1441, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, *to the district court of the United States for the district and division embracing the place where such action is pending.*"  In this case, the original action was filed in California, which is not in the geographical area of the District of Utah. If Defendants have grounds for removing the state court action to federal district court, they must do so in the proper federal district court in

California. Because removal of the action to this court was improper, the court REMANDS this action to the Riverside County Superior Court of California for further proceedings. Pursuant to 28 U.S.C. § 1447(c), the clerk of this court shall mail a certified copy of this order of remand to the clerk of said state court.

DATED this 17th day of July 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge